## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Daniel Acosta Ventura [2],<br><br>                                    Defendant. | Case No. 10cr2156-BTM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952, 960 and 963 - Conpiracy to Import a Controlled Substance(1); 21:952 and 960; 18:2 - Importation of a Controlled Substance. Aiding and Abetting (2); 21:841(a)(1) and 846 - Conspiracy to Distribute a Controlled Substance (3); 21:841(a)(1) and 18:2 - Possession of a Controlled Susbtance with Intent to Distribute. Aiding and Abetting(4)

Dated:  3/6/2023

Hon. Barry Ted Moskowitz
United States District Judge